UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VICTOR KOSSOY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 08-263-B-W |
| STATE OF MAINE, | ) |
|     Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 18, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on March 3, 2009 and the Defendant filed its response to those objections on March 20, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Motion to Dismiss (Docket # 11) be and hereby is GRANTED.

SO ORDERED.

                           /s/ John A. Woodcock, Jr.
                           JOHN A. WOODCOCK, JR.
                           CHIEF UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2009